FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 25, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMIE V., <br><br> Plaintiff, <br><br> vs. <br><br> FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | NO: 1:25-cv-03192-RLP <br><br> ORDER GRANTING MOTION TO DISMISS |

BEFORE THE COURT is Plaintiff's Stipulated Motion to Dismiss. ECF No. 17. The parties have agreed to dismiss this case so the Appeals Council will consider the Title XVI Administrative Law judge decision dated September 5, 2025. The Court has reviewed the record and files herein and is fully informed.

**Accordingly, IT IS ORDERED:**

1. Plaintiff's Stipulated Motion to Dismiss, **ECF No. 17**, is **GRANTED.**

ORDER GRANTING MOTION TO DISMISS ~ 1

2.      Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** without prejudice.

3.      All deadlines and hearings are **VACATED**.

IT IS SO ORDERED. The District Court Executive is directed to enter this Order and furnish copies to counsel.

**DATED** February 25, 2026.

REBECCA L. PENNELL<br>
United States District Judge

ORDER GRANTING MOTION TO DISMISS ~ 2